1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT FOR THE

8                 EASTERN DISTRICT OF CALIFORNIA

9

10   SAFECO INSURANCE COMPANY, a    )
     corporation,                   )
11                                  )     NO. CV-03-5019 REC SMS
                    Plaintiff,      )
12                                  )     ORDER
              vs.                   )
13                                  )
     CABLECOM, INC., DOES 1 to 10   )
14   inclusive,                     )
                                    )
15                  Defendants.     )
                                    )
16   _____)

17

18       On this date, the Court has signed an Order allowing

19   amendment to the Second Amended Complaint in the above action

20   substituting Royal Insurance Company of America in place and

21   stead of Royal and Sun Alliance Personal Insurance Company as a

22   defendant.  The amendment is to be filed with the Court and

23   served on counsel on or before July 18, 2005.

24       The Scheduling Conference set before the Hon. Sandra M.

25   Snyder for July 12, 2005 is continued to August 23, 2005 at

26   9:30 a.m.  Any changes to this Order will be by order of Judge

                                1

1  Snyder or, in her absence, the undersigned.

2

3  IT IS SO ORDERED.

4  **Dated:  June 14, 2005**            **/s/ Robert E. Coyle**
  ci8d6b                       UNITED STATES DISTRICT JUDGE