Norman J. Roger, Esq. (SBN 62554)
Patricia M. Fama, Esq. (SBN 138362)
ROGER, SCOTT & HELMER, LLP
1001 Marshall Street, Suite 400
Redwood City, CA 94063-2000
Telephone: 650-365-7700
Facsimile: 650-365-0677

Attorneys for Defendants,
CABLECOM, INC.
#88717

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY, a corporation. | ) Case No. CIV F-03-5019 REC SMS |
| Plaintiff, | ) STIPULTION RE AMENDMENT OF ) SECOND AMENDED COMPLAINT |
| vs. | ) |
| CABLECOM, INC. DOES 1 to 10, inclusive, | ) |
| Defendants. | ) |

It is stipulated by and between plaintiff Safeco Insurance Company of America through its attorneys of record and by defendant CableCom, Inc. through its attorney of record that plaintiff may amend the Second Amended Complaint to include the issuing insurance company of the general liability policy herein issue, Royal Insurance Company of America.

This stipulation is necessary because plaintiff named Royal & SunAlliance Personal Insurance Company as a defendant in response to the Court's April 13, 2005 Order Granting Defendants' Motion to Dismiss and Granting Plaintiffs' Motion for Leave to File A Second Amended Complaint.

/ / /

**1**
STIPULTION RE AMENDMENT OF SECOND AMENDED COMPLAINT
Case No. CIV F-03-5019 REC SMS

PDF created with pdfFactory trial version www.pdffactory.com

Because the pleadings are not yet settled, by separate letter, the Court has been requested to continue the currently scheduled July 12, 2005 scheduling conference in this matter.

IT IS SO STIPULATED.

DATED:  June ___, 2005                    ROGER, SCOTT & HELMER


By_____
            Norman J. Roger
            Patricia M. Fama
            Attorneys for Defendant
            CABLECOM, INC.

IT IS SO STIPULATED.

DATED:  June ___, 2005                    THE COLE LAW FIRM


By_____
            Stephen N. Cole
            Attorneys for Plaintiff
            SAFECO INSURANCE
COMPANY
                OF AMERICA

### ORDER

Plaintiff Safeco Insurance Company of America may amend the Second Amended Complaint to include Royal Insurance Company of America in place of and instead of the currently named defendant, Royal & SunAlliance Personal Insurance Company.   Said amendment is to be filed with the Court and served on counsel on or before July 8, 2005.

IT IS SO ORDERED.

DATE 6/14/05

                        /s/ ROBERT E. COYLE
                        _____
                        JUDGE OF THE UNITED STATES
                        DISTRICT COURT


2
STIPULTION RE AMENDMENT OF SECOND AMENDED COMPLAINT
Case No. CIV F-03-5019 REC SMS