1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY, a corporation. ) | Case No. CIV F-03-5019 REC SMS |
| ) | |
| Plaintiff, ) | STIPULATED DISMISSAL; ORDER |
| ) | |
| vs. ) | |
| ) | |
| CABLECOM, INC. DOES 1 to 10, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |

IT IS HERBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), each party to bear its own costs and attorney's fees.

DATED:  October ___, 2005                    THE COLE LAW FIRM


By_____/S/_____
                Stephen N. Cole
                Attorneys for Plaintiff
SAFECO INSURANCE COMPANY

/ / /
/ / /
/ / /

1

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED:  October ____, 2005                ROGER, SCOTT & HELMER

2

3

4                                             By_____/S/_____

5                                                 Norman J. Roger
                                                  Patricia M. Fama
6                                                 Attorneys for Defendant
                                              CABLECOM, INC. AND ROYAL
7                                             INSURANCE COMPANY OF AMERICA

8  IT IS SO ORDERED:

9  DATED:  October _13___, 2005

10

11

12                                            __/s/ ROBERT E. COYLE_____

13                                            HONORABLE ROBERT E. COYLE
                                              UNITED STATES DISTRICT COURT JUDGE
14                                            EASTERN DISTRICT OF CALIFORNIA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Stipulated Dismissal; Order
Case No. CIV F-03-5019 REC SMS

PDF created with pdfFactory trial version www.pdffactory.com